## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                      **PLAINTIFF**

**v.**                          **No. 4:23-cv-891-DPM**

**SUSAN K. LEE, Judge**                                      **DEFENDANT**

### ORDER

This case is closely related to other cases recently filed in the Eastern District of Arkansas, *Hugunin v. Duke Energy, Inc.*, Case No. 4:23-cv-772-KGB (E.D. Ark. 22 August 2023); *Hugunin v. MacArthur Properties, LLC*, Case No. 4:23-cv-776-BRW (E.D. Ark. 23 August 2023); *Hugunin v. MacArthur Properties, LLC*, Case No. 4:23-cv-862-KGB (E.D. Ark. 18 September 2023); *Hugunin v. Duke Energy, Inc.*, Case No. 4:23-cv-863-KGB (E.D. Ark. 18 September 2023); *Hugunin v. Reeves*, Case No. 4:23-cv-881-BRW (E.D. Ark. 21 September 2023); *Hugunin v. Nye*, Case No. 4:23-cv-885-KGB (E.D. Ark. 25 September 2023); Hugunin v. Winmill, Case No. 4:23-cv-886-DPM (E.D. Ark. 25 September 2023); and *Hugunin v. Steger*, Case No. 4:23-cv-890-BRW (E.D. Ark. 27 September 2023). In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to United States District Judge Billy Roy Wilson, Jr.

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 October 2023