## IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                                **PLAINTIFF**

**V.**                                  **No. 4:23-CV-00891-BRW**

**JUDGE SUSAN K. LEE**                                                **DEFENDANT**

### ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1]

Plaintiff alleges that Defendant, a United States Magistrate Judge in Tennessee, violated his

constitutional right to a jury trial.  First, Defendant is entitled to immunity.[2]  Second, Plaintiff's

Complaint is nonsensical, frivolous, and states no cause of action against Defendant for which

relief may be granted. Accordingly, this case is DISMISSED.  The motion to proceed *in forma

pauperis* (Doc. No. 1) is DENIED.

Plaintiff recently filed numerous motions to proceed *in forma pauperis* along with

frivolous complaints in the Eastern District of Arkansas. He has a  history of doing this in other

courts as well.[3]  If Plaintiff continues this practice, I may direct the Clerk of the Court to stop

accepting his filings.

IT IS SO ORDERED this 3rd day of October, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] *Schottel v. Young*, 687 F.3d 370, 373 (8th Cir. 2012) (holding that a judge is immune from suit, except for non-judicial actions or for actions taken absent all jurisdiction).

[3] See *Hugunin v. Nye*, No. 1:20-CV-00053, 2020 WL 4043983, at *1 (E.D. Tenn. June 5, 2020) (noting that seven frivolous cases had been filed in the E.D. Tenn. and he is now a restricted filer); *Hugunin v. Idaho*, No. 1:19-CV-480-BLW, 2020 WL 1033568, at *1 (D. Idaho Mar. 3, 2020).